**STATEMENT OF FACTS**

Leading up to September 16, 2019, a task force officer with the Metropolitan Police Department-Federal Bureau of Investigation ("MPD-FBI") Child Exploitation and Human Trafficking Task Force ("CEHTTF"), operating out of a satellite office in Washington, D.C., was acting in an undercover capacity ("UC") online.   In that capacity, the UC had previously registered as a member and created an online profile on a predicated social networking site which, based on the UC's experience and information gathered from other sources, is a site frequented by individuals who have a sexual interest in children, among other fetishes.

On September 16, 2019, at approximately 700 p.m., an individual using the screen name "hornedpozpig" sent a private email message to the UC through the predicated social network site.   In his initial email, "hornedpozpig," subsequently identified by the FBI as the defendant, Joseph Stankavage (herein "STANKAVAGE") sent the UC an "oink" notification.   On this particular site, an "oink" notification is an automated message that, for this user, stated, "Hornedpozpig shot an oink at you… An oink means that the pig wants to get twisted with you. Be a polite pig and answer with an oink! or message in his hole. Go here to send it to him."

Upon receiving this notification, the UC viewed the profile page for STANKAVAGE, which had the following profile:

| | |
|---|---|
| NickName: | Hornedpozpig |
| Status: | Online |
| Age: | 57 |
| Profile Headline: | Horned freak perv btm[1] |

---

[1] All text abbreviations and typographical errors in quoted text language are original.

|  |  |
|---|---|
| Description: | Masc, professional, swimmer's/toned body. Piggy horned up pervy raw fuckpig addicted to RAW. Piggy horned up pervy raw fuckpig pnp sex addict here into -group, assplay/toys (vers), jock gear, leather, deepthroating, muscle, gangbangs/tagteam, spit, PNP, dad/son, coach/jock, bathhouses/sex clubs, locker rooms, slings, poz loads, whoring around with other sluts, being whored out and shown off by DOM studs, felching/ass-to-mouth, snowballing, men's rooms/parks/public, glory holes, chem piss in my hole huge cocks/average cocks/small cocks, leaky dicks/precum, highway rest stops, confidence, masculinity<br><br>can get into anything from total anon/pump&dump to intense/connected marathon 1-on-1 fucks<br><br>VERY into taboo pervs & fetish - try me! Bareback ONLY always & forever<br><br>Feel the rush and cough!. Fun and low-key dude with no attitude/drama or game player. Just be nice and respect always. I'm not your taxi, UBER, Lyft, bank service. Not into fats, flakes, fems or trans.<br>Kik: DCFLjoe<br>WickR: DCpozig<br>Telegram-DCFLL<br>Tumblr-dcpervpoz |
| Ethnicity: | White |
| Height: | 6'0" - 6'3" (181-190cm) |
| Weight: | 190-199 Lbs (86-90 Kgs) |
| Build: | Athletic |
| Body Hair: | Shaved |
| Cock: | Average - Cut |
| HIV Status: | Positive |
| Drink: | Often |
| Drugs: | Yes |
| Smoker: | No |
| Position: | Hungry Hole |
| Tags: | kink, twisted, perv, taboo, k9 |

The UC responded to the STANKAVAGE's email stating, "how taboo?? No limits here."

The following is a transcription of the ensuing messages between the UC and STANKAVAGE:

STANKAVAGE: pervy pedo-only limits-no fats fems trans womanpics? ▮▮▮▮▮ text

UC: Pedo perv here love perving… you?

STANKAVAGE: Yes yes.. looking to meet other serious dudes who share similar pedo/perv and want to meet-but share pics first. Telegram or Wickr? Lets plan

UC: yes, agreed to share first have kik and would like that or text

UC: Or WICKR up to u

UC: Whats your WICKR?

The UC sent STANKAVAGE the following text message, "Hey this is J from [a slang reference to the predicated social network site] I didn't see your number in the text so my mistake. Big perv here, sounds like we have similar interest." STANKAVAGE responded, " Hello… happy to get your message-just left my office near WH. Im joe. Usually I don't respond to no profile with no pics but took a chance and gut."   The UC responded, "Ah I understand can send pics we discussed over wickr, like that your safe." STANKAVAGE provided his Wickr screen name, "dcpozpig" and stated that he just left his office and was on his way home in Mt. Pleasant, Washington, DC.

The following is a portion of the phone text messages between the UC and STANKAVAGE:

STANKAVAGE: Pnp/smoke&slam sub perv

UC: Hot! PNP ped perv here

STANKAVAGE: perfect match same!!

3

UC: Hot u have material too

STANKAVAGE: Telegram is good for us

UC: I can send some on Wickr

STANKAVAGE: DCFLL

STANKAVAGE: Ok

STANKAVAGE: Will send when home-but will send G now

UC: Ok I'm heading out but can send, you want me to wait till your home

STANKAVAGE: [Sent the UC two clothed images of himself in which STANKAVAGE's face is visible]

During the course of the text conversation, the UC sent a clothed image of himself.   [The image did not actually depict the actual UC.] STANKAVAGE responded, "…just got home. Nice pic perv!!" The UC and STANKAVAGE began chatting on Wickr and the Telegram application. During the course of the Wickr chat, STANKAVAGE asked the UC if he was a "dad" and sent a video file. The video depicted a young teen or possibly a preteen boy being anally penetrated by an adult male penis. The UC informed the STANKAVAGE that he was the step-father to a purported 6 year-old boy. STANKAVAGE asked the UC if he "plays" with the child, which the UC understood to be STANKAVAGE asking if the UC engaged in sex acts with the child. The UC responded affirmatively, indicating that he was sexually active with his step-son.   STANKAVAGE responded, "my hole is twitching," and stated that he was jealous. The UC sent images of the purported 6 year-old during the course of the Wickr chat that depicted the purported child's abdomen and underwear.[2] The defendant responded, "Making me nuts."

---

[2] None of the images sent by the UC depicted a real child.

During the course of the chat, STANKAVAGE stated that he met a father and son last summer in Fort Lauderdale and met them as recently as a month ago. STANKAVAGE stated, "Dad slams me and 15y son. Both fuck dump in my hole for 2 hours before back to the wife and mother. That kid came back to my condo each night and loaded me and not his girl bitch. My dream is same here in DC. The UC stated, "My son's ass is so tight when I finger it," to which STANKAVAGE responded, "Hope with you soon. Lov toxic dad breeding his son!"

During the course of the Wickr chat, STANKAVAGE stated, "Here in DC-we live under umbrella of govt and ongoing police…so…we tend to hold back. You poz?" The UC responded, "Yes that's the last thing I'm looking for. Makes me nervous that's why I really don't want to introduce him to anyone till I fully know I have trust" and "undetected but lov poz loads." STANKAVAGE responded, "Understand-let me give you that comfort level. Im down."  The UC responded, "yes for sure. U have any other vids, maybe that will help a bit if u do. If not no worries."  STANKAVAGE responded, "I live in basement house apartment. 3 tenants upstairs. But privacy maintained here. Separate alley entrance."  The UC responded, Nice! Would def want that for sure as my place is not the best as far as security." STANKAVAGE responded, "Most on telegram-unable to share outside network so get on telegram."

On September 17, 2019, at 7:16pm hours, STANKAVAGE sent the UC a video file via telegram instant messenger. The video is 40 seconds in length and depicts an adult male inserting his erect penis inside a toddler-aged boy's anus. The toddler can be heard crying and screaming throughout the video.

STANKAVAGE then sent an image depicting a prepubescent boy sitting naked with his legs spread the boy is touching his penis with his thumbs. After sending the image and the video, STANKAVAGE stated, "Serious now for you? No flake here."   Followed by "comfortable yet?"

At 7:20pm, STANKAVAGE sent the UC another video. The video depicts two boys approximately 10-12 years of age performing sexual acts on each other, to include the boys engaged in oral sex, masturbation and anal sex. The boys are naked throughout the video.

STANKAVAGE then sent another video depicting an adult male lying on top of what appears to be an under aged child.   The male is grinding and pumping his penis against the child's buttocks, though it cannot be seen whether the male penetrates the child's anus.

On September 18, 2019, an analyst with the FBI obtained via subpoena subscriber information for the cellular phone number provided by STANKAVAGE to the UC.   The subscriber to the number was listed as Joseph George Stankavage.   During the course of the chat, STANKAVAGE sent the UC two images depicting his own face. These images match STANKAVAGE's driver's license photo. Department of Motor Vehicles records list STANKAVAGE's information as follows:   Joseph George Stankavage, a white male, 6'3" tall and weighing 186 lbs, with a date of birth of ▮▮▮▮▮▮, a social security number of ▮▮▮▮ ▮▮▮, an FBI number of 800977KD7, and Driver's License number of ▮▮▮▮▮   The listed address on STANKAVAGE's driver's license, which the FBI confirmed through law enforcement-sensitive databases is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, with a listed telephone number of ▮▮▮▮▮▮, the same number used by STANKAVAGE on his advertisement first observed by the UC.   The FBI also determined that STANKAVAGE was

previously convicted in of Enticement of a Minor, though this charge was later vacated on appeal

for legal reasons.   The UC had previously chatted with STANKAVAGE while working in an

undercover capacity and had made the arrest resulting in the aforementioned conviction.

Accordingly, when STANKAVAGE sent images of himself to the UC, the UC recognized

STANKAVAGE as Joseph George Stankavage.

Respectfully submitted,

_____

Timothy Palchak
Detective
Metropolitan Police Department

Subscribed and sworn to before me on this 24th day of September, 2019

_____

ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE

7