AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

United States of America
v.

JOSEPH STANKAVAGE

*Defendant*

)
)
)
)
)
)
)

Case 1:19-mj-237
Assigned to: Magistrate Judge Robin M. Meriweather
Date Assigned: 09/24/2019
Description: Complaint and Arrest Warrant

**FILED**
SEP 25 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Joseph Stankavage,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Distribution of Child Pornography, in violation of 18 U.S.C. Section 2252(a)(2)

Date: 09/24/2019

_____
*Issuing officer's signature*

City and state:   Washington, D.C.

Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 9/25/19, and the person was arrested on *(date)* 9/25/19
at *(city and state)* Washington DC.

Date: 9/25/19

_____
*Arresting officer's signature*

Andre Thomas
*Printed name and title*